IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LORIE LEROUX,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | NO. | 3:10-CV-2634-M |
| § | | |
| **MICHAEL J. ASTRUE, Commissioner** § | | |
| **of the Social Security Administration**, § | | |
| § | | |
| Defendant. § | | |
| § | | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed October 26, 2012. No objections were filed.

The Magistrate Judge recommends that the Court grant Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, filed October 3, 2012.

Having reviewed the motion, response, reply, and record in this case, and the Findings and Conclusions of the Magistrate Judge, the Court determines the Findings and Conclusions are correct. The Magistrate Judge's Findings and Conclusions are therefore **accepted** as those of the court. The court **grants, in part,** Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act. Accordingly, the Court hereby **awards** Plaintiff $8,929.63, which is based on 48.9 attorney hours for legal services at the rate of $171.25 per hour, 1.9 attorney hours for paralegal work at the rate of $95 per hour, and $375.00 for costs.

IT IS SO ORDERED.

DATED:   January 2, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS